Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
daniel@slfla.com

*Attorney for Plaintiff*
*Tyler Tate*

Joseph A. McNelis III
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Telephone: (949) 743-3979
asattler@constangy.com
jmcnelis@constangy.com
bsedge@constangy.com

*Attorney for Defendant*
*5.11, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER TATE, individually, and on behalf of all others similarly situated, | Lead Case No.: 8:24-CV-02327-JWH-DFM |
| *Plaintiff*, | **STIPULATION OF DISMISSAL** |
| v. | |
| 5.11, INC., | |
| *Defendant*. | |

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated: January 22, 2026        By:    /s/Daniel Srourian

Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
daniel@slfla.com
*Attorneys for Plaintiff, Tyler Tate*

/s/_Joseph A. McNelis III

Joseph A. McNelis III
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3420 Bristol Street, 6th Floor
Costa Mesa, California 92626
Telephone: (949) 743-3979
jmcnelis@constangy.com
*Attorneys for Defendant 5.11, Inc.*

## ATTESTATION REGARDING SIGNATURES

I, Daniel Srourian, attest that all signatories listed, and on whose behalf the filing is

submitted, concur in the filing's content and have authorized the filing.


DATED: January 26, 2026 ____/s/ Daniel Srourian_____
Daniel Srourian (SBN 285678)